First Chicago Methodist Episcopal Church Aid Society, appellee, v. David R. Goodman and William Goodman, trading as Goodman Brothers, appellants. Gen. No. 29,949.

Bill for injunction to restrain negative covenant in lease. Injunction granted. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the November term, 1924. Affirmed. Opinion filed February 3, 1925.

Stansbury & Cloud, for appellants. Mills & Howe, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Clarence Lasier and Josephine Lasier, plaintiffs in error, v. J. Joseph Wright, executor under an instrument in writing admitted to probate as the last will and testament of Charles H. Haines, deceased, et al., defendants in error. Gen. No. 29,151.

Bill to vacate certain court orders and for injunction to restrain enforcement of same. Demurrer to bill sustained and bill dismissed. Error to the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed February 3, 1925.

Charles S. Cutting, for plaintiffs in error. R. W. Clifford and Charles L. Hunt, for Mercy Hospital, Mercy Orphan Asylum, Georgiana Gifford, Trustees School District, Board of Education, School Trustees T. 40 of Kane County, defendants in error; R. W. Clifford, of counsel. Charles L. Bartlett, Sherman C. Spitzer and Herbert Becker, for Charles T. Luckow, defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Anna D. Sielaff, administratrix of the estate of William C. Sielaff, deceased, plaintiff in error, v. James E. Bennett et al., copartners, trading as James E. Bennett & Company, defendants in error. Gen. No. 29,418.

Assumpsit for money had and received. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed February 3, 1925. Rehearing denied February 20, 1925.

Marshall Solberg, for plaintiff in error; Albert J. W. Appell, of counsel. Moses, Rosenthal & Kennedy, for defendants in error; Walter Bachrach and Isaac E. Ferguson, of counsel.

Mr. Justice Gridley delivered the opinion of the court.